# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANA D. YEBOAH, | Case No.: 2:17-cv-02449-MCE-DB |
| Plaintiff, | **ORDER FOR DISMISSAL OF** |
| v. | **DEFENADANT WILLIAM P. LUKENBILL** |
| COUNTY OF PLACER; WILLIAM P. LUKENBILL; BRANDON LUKENBILL; and DOES 1-10; inclusive, | *HONORABLE MORRISON C. ENGLAND, JR.* |
| Defendants. | |

**THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The claims of Plaintiff against Defendant William P. Lukenbill only are dismissed with prejudice.

2. All parties and counsel waive the recovery of any costs or attorneys' fees incurred in connection with the claims of the Plaintiff against the Defendant William P. Lukenbill in this action, including but not limited to claims arising under 42 U.S.C. § 1988.

IT IS SO ORDERED.

Dated: March 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE