OFFICE OF THE PLACER COUNTY COUNSEL
Julia M. Reeves (SBN 241198)
Sarah K. Glatt (SBN 308103)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:     (530) 889-4044
Facsimile:     (530) 889-4069

Attorneys for Defendants COUNTY OF PLACER
and BRANDON LUKENBILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NANA D. YEBOAH,

                Plaintiff,

      v.

COUNTY OF PLACER; WILLIAM
LUKENBILL; BRANDON LUKENBILL;
and DOES 1-10; inclusive,

               Defendants.

No.  2:17-cv-02449 MCE DB

**JOINT STIPULATION AND ORDER FOR DISMISSAL**

    **IT IS HEREBY STIPULATED BY THE PLAINTIFF, *IN PRO PER* AND DEFENDANTS COUNTY OF PLACER AND BRANDON LUKENBILL, BY AND THROUGH THEIR ATTORNEY OF RECORD, AS FOLLOWS:**

    1.      Plaintiff agrees to dismiss with prejudice all claims against Defendants County of Placer and Brandon Lukenbill.

    2.      All parties waive the recovery of any costs or attorneys' fees incurred in connection with the claims of the Plaintiff against Defendants County of Placer and Brandon Lukenbill, including but not limited to claims arising under 42 U.S.C. § 1988.

///

///

///

1

**IT IS SO STIPULATED.**

DATED:  May 9, 2018                    _____/s/_____
                                       NANA D. YEBOAH, Plaintiff


DATED:  August 30, 2018               OFFICE OF THE PLACER COUNTY COUNSEL


                                      By:   _/s/ Julia M. Reeves_____
                                          Julia M. Reeves, Attorney for Defendants
                                          COUNTY OF PLACER, and BRANDON
                                          LUKENBILL


## ORDER

   **THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

   1.     The claims of Plaintiff against Defendants County of Placer and Brandon Lukenbill are dismissed with prejudice.

   2.     All parties waive the recovery of any costs or attorneys' fees incurred in connection with the claims of the Plaintiff against the Defendant Brandon Lukenbill in this action, including but not limited to claims arising under 42 U.S.C. § 1988.

   3.     The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

   **IT IS SO ORDERED.**

**Dated:  September 16, 2018**

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND ORDER FOR DISMISSAL OF CASE IN ITS ENTIRETY**